1  MARJORIE E. MANNING, SBN 118643
**BOLLING, WALTER & GAWTHROP**

2  A Professional Corporation
8880 Cal Center Drive, Suite 400

3  Sacramento, California 95826
Telephone No. (916) 369-0777

4  Telecopier No. (916) 369-2698

5  Attorneys for Defendants COUNTY OF MONO, MONO COUNTY
SHERIFF'S DEPARTMENT, DAN PARANICK, JOHN ESTRIDGE,

6  TERRI HIER, REUBEN ORTIZ, MICHAEL McGOVERN, ROBERT
WEBER, ROBIN DELANEY, RAYMOND ROBLES, JOHN MADRID,

7  MARSHALL RUDOLPH, MARK MAGIT and GEORGE BOOTH

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  SUZANNE ECHANTE,                    **Case No. 2:06-CV-01308 LKK KJM**

12              Plaintiff,               **STIPULATION   RE   RESPONSE   TO
COMPLAINT; ORDER**

13  v.

14  COUNTY OF MONO, MONO COUNTY
SHERIFF'S   DEPARTMENT,   SHERIFF

15  DAN PARANICK, individually and in his
official   capacity;   DEPUTY   JOHN

16  ESTRIDGE, individually and in his official
capacity; MONO COUNTY COURT CLERK

17  ADMINISTRATOR, ROBERT DENIS, in his
officially   capacity;   TANYA   GALL,

18  individually and in her official capacity;
DEPUTY TERRI HIER, individually and in

19  his official capacity; DEPUTY RUBEN
ORTIZ, individually and in his official

20  capacity; DEPUTY MICHAEL McGOVERN,
individually and his official capacity; SGT

21  ROBERT WEBER, individually and in his
official   capacity;   JAILER   ROBIN

22  DELANEY, individually and her official
capacity; DEPUTY JAILER RAYMOND

23  ROBLES,   individually   and   his   official
capacity;   DEPUTY   JOHN   MADRID,

24  individually and his official capacity; STAN
ELLER, Judge of the Superior Court, State of

25  California, County of Mono, individually and
in his official ADMINISTRATIVE capacity;

26  DAVID DeVORE, Judge of the Superior
Court, State of California, County of Alpine,

27  individually   and   in   his   official
ADMINISTRATIVE   capacity;   RICHARD

28  SPECCHIO, Judge of the Superior Court,

1  State of California, County of Alpine,
   individually and in his official
2  ADMINISTRATIVE capacity; MONO
   COUNTY COUNSEL MARSHALL
3  RUDOLPH, individually and his official
   capacity; MARK MAGIT, DEPUTY
4  COUNTY COUNSEL, individually and
   his official capacity; MONO COUNTY
5  DISTRICT ATTORNEY GEORGE BOOTH,
   individually and his official capacity;
6  TIMOTHY PEMBERTON, Attorney at Law,
   individually; and does 1 through 15,

7
                       Defendants.
8  _____/

9        IT IS HEREBY STIPULATED by plaintiff and counsel for defendants as follows:

10       1.      Marjorie E. Manning of Bolling, Walter & Gawthrop will be representing the

11  following named defendants in this matter, some of whom were served with the summons and

12  complaint in this matter on or after July 11, 2006: County of Mono, Mono County Sheriff's

13  Department, Dan Paranick, John Estridge, Terri Hier, Reuben Ortiz, Michael McGovern, Robert

14  Weber, Robin Delaney, Raymond Robles, John Madrid, Marshall Rudolph, Mark Magit and George

15  Booth.

16       2.      Plaintiff agrees that as to those defendants identified in paragraph 1 who have been

17  served, the deadline to respond to the complaint shall be extended to and including August 8, 2006.

18       3.      Marjorie E. Manning agrees that as to those defendants identified in paragraph 1 who

19  have not been served, a response to the complaint on their behalf will be filed on or before August

20  8, 2006 and they need not be served with the original complaint.

21  DATED:  July 19, 2006

22
                              _____/s/ Suzanne Echanate_____
23                              SUZANNE ECHANTE - Plaintiff

24  DATED:  July 20, 2006        BOLLING, WALTER & GAWTHROP

25

26                            By___/s/ Marjorie E. Manning_____
                              MARJORIE E. MANNING
27                            Attorneys for Above Listed Defendants

28

**BOLLING, WALTER
& GAWTHROP
A Professional
Corporation**

1

## O R D E R

2    **IT IS SO ORDERED.**

3

4    Dated:  July 20, 2006.

5

6    _____
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   C:\WINDOWS\Temp\notes6B1184\STIP.EXT.wpd

28

**BOLLING, WALTER**
**& GAWTHROP**
**A Professional**
**Corporation**

3

STIPULATION RE RESPONSE TO COMPLAINT; ORDER