| | |
|---|---|
| 1 | MARJORIE E. MANNING, SBN 118643 |
| | **BOLLING, WALTER & GAWTHROP** |
| 2 | A Professional Corporation |
| | 8880 Cal Center Drive, Suite 400 |
| 3 | Sacramento, California 95826 |
| | Telephone No. (916) 369-0777 |
| 4 | Telecopier No. (916) 369-2698 |

Attorneys for Defendants COUNTY OF MONO, MONO COUNTY SHERIFF'S DEPARTMENT, DAN PARANICK, JOHN ESTRIDGE, TERRI HIER, REUBEN ORTIZ, MICHAEL McGOVERN, ROBERT WEBER, ROBIN DELANEY, RAYMOND ROBLES, JOHN MADRID, MARSHALL RUDOLPH, MARK MAGIT and GEORGE BOOTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ECHANTE, | Case No. 2:06-CV-01308 LKK KJM |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COUNTY OF MONO, MONO COUNTY SHERIFF'S DEPARTMENT, SHERIFF DAN PARANICK, individually and in his official capacity; DEPUTY JOHN ESTRIDGE, individually and in his official capacity; MONO COUNTY COURT CLERK ADMINISTRATOR, ROBERT DENIS, in his officially capacity; TANYA GALL, individually and in her official capacity; DEPUTY TERRI HIER, individually and in his official capacity; DEPUTY RUBEN ORTIZ, individually and in his official capacity; DEPUTY MICHAEL McGOVERN, individually and his official capacity; SGT ROBERT WEBER, individually and in his official capacity; JAILER ROBIN DELANEY, individually and her official capacity; DEPUTY JAILER RAYMOND ROBLES, individually and his official capacity; DEPUTY JOHN MADRID, individually and his official capacity; STAN ELLER, Judge of the Superior Court, State of California, County of Mono, individually and in his official ADMINISTRATIVE capacity; DAVID DeVORE, Judge of the Superior Court, State of California, County of Alpine, individually and in his official ADMINISTRATIVE capacity; RICHARD SPECCHIO, Judge of the Superior Court, | |

1  State of California, County of Alpine, individually and in his official
2  ADMINISTRATIVE capacity; MONO COUNTY COUNSEL MARSHALL
3  RUDOLPH, individually and his official capacity; MARK MAGIT, DEPUTY
4  COUNTY COUNSEL, individually and his official capacity; MONO COUNTY
5  DISTRICT ATTORNEY GEORGE BOOTH, individually and his official capacity;
6  TIMOTHY PEMBERTON, Attorney at Law, individually; and does 1 through 15,
7
   Defendants.
8  _____/

9      This Court having reviewed the August 3, 2006 application of Marjorie E. Manning and the

10 stipulation of Ms. Manning and Ms. Echante filed therewith, and good cause appearing therefor,

11 hereby rules as follows:

12     The deadline to respond to the complaint in this matter on behalf of defendants County of

13 Mono, Mono County Sheriff's Department, Dan Paranick, John Estridge, Terri Hier, Reuben Ortiz,

14 Michael McGovern, Robert Weber, Robin Delaney, Raymond Robles, John Madrid, Marshall

15 Rudolph, Mark Magit and George Booth is hereby extended to and including September 8, 2006.

16 If a motion to dismiss is filed on behalf of said defendants, their counsel shall confer with attorneys

17 for the remaining defendants so that a single date for hearing such motions can be scheduled.

18 Dated: August 4, 2006

_____
UNITED STATES DISTRICT JUDGE

**BOLLING, WALTER & GAWTHROP**
A Professional Corporation

2

**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**