IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE ECHANTE,

      Plaintiff,                        No. CIV S-06-1308 LKK KJM PS

   vs.

COUNTY OF MONO, et al.,          ORDER

      Defendants.

_____/

      Presently calendared for hearing on April 11, 2007 is the motion of the Mono County defendants for attorneys' fees. The matter is currently on appeal. If plaintiff prevails on appeal, defendants will not be entitled to attorneys' fees. Accordingly, IT IS HEREBY ORDERED that:

      1. The hearing on defendants' motion for attorneys' fees is vacated.

      2. The motion for attorneys' fees is denied without prejudice to its renewal after disposition of the appeal.

DATED: April 5, 2007.

                                               U.S. MAGISTRATE JUDGE

006
echante.fee

1